June 21, 2024

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
ROBERT LOUIS JOHNSON, III, #51734-510
FCI MORGANTOWN
FEDERAL CORRECTIONAL INSTITUTION
POST OFFICE BOX 1000
MORGANTOWN, WV 26507

RE:   **UNITED STATES V. ROBERT LOUIS JOHNSON, III**
       **COURT OF APPEALS NO.  23-4757**

Dear Mr. Johnson:

I have enclosed a copy of the brief, which I have filed with the Court of Appeals in your case.  You will be receiving from the Court of Appeals a notification of the time within which you may raise any additional arguments.

With kind regards,


s/ Janis Richardson Hall


JRH/scn
Enclosure
cc:   The Honorable Cathy Tyree
       Deputy Clerk, Fourth Circuit Court of Appeals